UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HENSLEY, an individual,<br><br>                                 Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>                                Defendants. | Case No.: 23cv550 JM(DEB)<br><br>**ORDER OF DISMISSAL** |

      Having considered the parties' Stipulation for Dismissal of the Entire Action (Doc. No. 22), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. The Clerk of Court shall terminate the case.

      IT IS SO ORDERED.

Dated:  November 27, 2023

_____
Hon. Jeffrey T. Miller
United States District Judge

1